# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: RONALD J. QUARRIE & CONNIE L. QUARRIE  Case Number: 07-72884
4820 LOYOLA DRIVE  SSN-xxx-xx-2728 & xxx-xx-3189
MCHENRY, IL 60050

Case filed on: 11/28/2007
Plan Confirmed on:

U Dismissed Unconfirmed

Total funds received and disbursed pursuant to the plan: $0.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | JONES & HART LAW OFFICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | RONALD J. QUARRIE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | BANN-COR MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | BANN-COR MORTGAGE | 1,600.00 | 1,600.00 | 0.00 | 0.00 |
| 003 | CAPITAL ONE AUTO FINANCE | 16,894.69 | 16,894.69 | 0.00 | 0.00 |
| 004 | HOME LOAN SERVICES INC | 40,605.37 | 40,605.37 | 0.00 | 0.00 |
| 005 | FIRST FRANKLIN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 59,100.06 | 59,100.06 | 0.00 | 0.00 |
| 006 | PARK RIDGE ESTATES OF MCHENRY ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 480.73 | 480.73 | 0.00 | 0.00 |
| 008 | CENTEGRA HEALTH SYSTEM | 666.17 | 666.17 | 0.00 | 0.00 |
| 009 | CITIFINANCIAL AUTO CORPORATION | 5,542.02 | 0.00 | 0.00 | 0.00 |
| 010 | CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | HSBC BANK N/A | 3,470.86 | 3,470.86 | 0.00 | 0.00 |
| 012 | HSBC BANK N/A | 328.01 | 328.01 | 0.00 | 0.00 |
| 013 | THOMAS TILOT, MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CAPITAL ONE | 489.69 | 489.69 | 0.00 | 0.00 |
| 015 | HSBC BANK N/A | 455.79 | 455.79 | 0.00 | 0.00 |
|  | Total Unsecured | 11,433.27 | 5,891.25 | 0.00 | 0.00 |
|  | Grand Total: | 70,533.33 | 64,991.31 | 0.00 | 0.00 |

Total Paid Claimant: $0.00
Trustee Allowance: $0.00
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 03/26/2008    By  /s/Heather M. Fagan